UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, **)**<br>**)**<br>Plaintiff, **)**<br>**)**<br>v. **)**<br>**)**<br>UNITED STATES DEPARTMENT OF **)**<br>AGRICULTURE, **)**<br>**)**<br>Defendant. **)**<br>**)**<br>**)** | Civil Action No. 26-0583 (TJK) |

**JOINT STATUS REPORT (*Nunc Pro Tunc)* [1]**

Plaintiff, Protect the Public's Trust, and Defendant, the United States Department of Agriculture ("Department" and, together with Plaintiff, "Parties"), by and through undersigned counsel, respectfully submit the following joint status report in this Freedom of Information Act ("FOIA") matter.

1.      Plaintiff filed this Freedom of Information Act ("FOIA") lawsuit on February 23, 2026, concerning two (2) FOIA requests submitted to the Department's Food and Nutrition Service.  ECF No. 1.

2.      On March 26, 2026, Defendant filed its answer. ECF No. 6.

3.      On March 27, 2026, the Court issued a Minute Order ordering the Parties to confer and submit a joint proposed schedule for further proceedings, which shall include a proposed

---

[1]      Undersigned counsel for the Defendant regretfully failed to calendar the April 10, 2026, due date for this report and was not able to provide an update until April 13, 2026.  Undersigned counsel for the Defendant will endeavor to comply with all Court-ordered deadlines in the future.

schedule for the processing and release of responsive records or for briefing dispositive motions, by April 10, 2026.

4.     Today, Defendant reports the following:

a.     On April 8, 2026, Defendant produced a final FOIA response to Plaintiff's two (2) FOIA requests.   None of the records produced in this final FOIA response were redacted.

b.     Defendant believes a briefing schedule at this time would be premature.  To allow Plaintiff an opportunity to review the records produced on April 8, 2026, and to allow the Parties to meet and confer regarding any questions Plaintiff may have about the records, Defendant respectfully requests that the Court allow the parties to file a further status report on or before July 13, 2026.

Dated:  April 13, 2026
        Washington, DC

Respectfully submitted,

*/s/ Karin M. Sweigart*
Karin M. Sweigart
Dhillon Law Group, Inc.
177 Post Street Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
KSweigart@dhillonlaw.com

*Counsel for the Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: _____  /s/ *Sian Jones*
     SIAN JONES, D.C. Bar # 1024062
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     Phone: (202) 252-2578

*Attorneys for the United States of America*

2