UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 26-0583 (TJK) |

**JOINT STATUS REPORT**

Plaintiff, Protect the Public's Trust, and Defendant, the United States Department of Agriculture ("Department" and, together with Plaintiff, "Parties"), by and through undersigned counsel, respectfully submit the following joint status report in this Freedom of Information Act ("FOIA") matter.

1. Plaintiff filed this Freedom of Information Act ("FOIA") lawsuit on February 23, 2026, concerning two (2) FOIA requests submitted to the Department's Food and Nutrition Service. ECF No. 1.

2. On March 26, 2026, Defendant filed its answer. ECF No. 6.

3. On April 13, 2026, Defendant reported that, on April 8, 2026, Defendant produced a final FOIA response to Plaintiff's two (2) FOIA requests. None of the records produced in this final FOIA response were redacted.

4. Today, the Parties report that Plaintiff has not challenged Defendant's production and has submitted a fee request, which Defendant is reviewing.

5. The Parties respectfully request that the Court allow the parties to file a further status report on or before October 13, 2026.

Dated: July 13, 2026
Washington, DC

Respectfully submitted,

/s/ *James E. Trainor III*
James E. Trainor III
D.C. Bar ID: TX0012
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
(415) 433-1700
JTrainor@dhillonlaw.com

*Counsel for the Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Sian Jones*
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 252-2578

*Attorneys for the United States of America*